IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MARTIN W. NOTHSTEIN, | : | |
| | : | |
| Plaintiff, | : | CIVIL ACTION NO. 19-1631 |
| | : | |
| v. | : | |
| | : | |
| USA CYCLING, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**AND NOW**, this 5th day of November, 2020, after considering (1) the complaint filed by the plaintiff, Martin W. Nothstein (Doc. No. 1); (2) the answer to the complaint filed by the defendant, USA Cycling (Doc. No. 14); (3) the defendant's motion for summary judgment, statement of facts not in dispute, supporting brief, and attached exhibits (including those filed under seal) (Doc. No. 51); (4) the *amicus curiae* brief filed by the United States Center for SafeSport (Doc. No. 57); (5) the plaintiff's brief in opposition to the motion for summary judgment, his response to the defendant's statement of facts not in dispute and counter-statement of material facts not in dispute, and attached exhibits (including those filed under seal) (Doc. No. 61); (6) the defendant's reply brief in support of the motion for summary judgment, response to the plaintiff's counter-statement of material facts not in dispute, and exhibit filed under seal (Doc. No. 67); and (7) oral argument from counsel for the parties on June 22, 2020; and for the reasons set forth in the separately filed memorandum opinion, it is hereby **ORDERED** as follows:

1.     The defendant's motion for summary judgment (Doc. No. 51) is **GRANTED** and judgment is **ENTERED** in favor of the defendant, USA Cycling, and against the plaintiff, Martin W. Nothstein; and

2.      The clerk of court is **DIRECTED** to mark this case as **CLOSED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.